1  WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. 17-60529MP-001 |
|---|---|
| Plaintiff, | **ORDER OF DETENTION PENDING SENTENCE (PURSUANT TO 18 U.S.C. § 3143)** |
| v. | |
| Niguer Faraon Cano-Escovedo, | |
| Defendant. | |

The defendant having entered a plea of guilty on 6/26/2017 to the charge of Title 8 USC §1325(a)(1) Illegal Entry, and the Court having accepted the plea and having continued the matter for sentencing until 7/12/2017 at 3:00 p.m. the Court finds as follows:

1) The defendant has not rebutted by clear and convincing evidence that he is not likely to flee if released.

2) The defendant has a prior criminal history.

3) The defendant is a citizen of Mexico and an immigration detainer has been placed. If released the defendant faces deportation proceedings placing the defendant beyond the jurisdiction of this court.

1
2     **IT IS THEREFORE ORDERED** that the defendant remain in custody pending
3 sentence.
4     Dated this 28th day of June, 2017.

_____
Honorable James F. Metcalf
United States Magistrate Judge